**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Terrance Rodriqez BURT, a.k.a.
Terrance Burt, Defendant–
Appellant.**

**No. 12–14228
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 13, 2013.

Ramona Albin, John C. Bell, Michael B. Billingsley, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

James Brice Callaway, J. Brice Callaway, Huntsville, AL, for Defendant–Appellant.

Before BARKETT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

J. Brice Callaway, appointed counsel for Terrance Rodriqez Burt in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Burt's revocation of supervised release and sentence are **AFFIRMED.**